**Appeal Reinstated, Motion Granted, Judgment Set Aside, Case Remanded, and Memorandum Opinion filed July 11, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00590-CV

---

### JPAC, LLC AND PETER JUUL, Appellants

### V.

### KISS DEVELOPMENT COMPANY, LLC, Appellee

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2015-35568**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 23, 2018. We granted appellants' unopposed motion to abate the appeal on March 21, 2019 so the parties could pursue settlement. On July 1, 2019, the parties filed an agreed motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

Therefore, we reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the settlement agreement. *See id.*

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.